UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAROL ARENA, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:99-cv-391-LJM-VSS |
| | ) | |
| ABB POWER T&D COMPANY, INC., | ) | |
| ASEA BROWN BOVERI, INC., and | ) | |
| EMPLOYEE BENEFIT COMMITTEE | ) | |
| OF ABB INC., | ) | |
|     Defendants. | ) | |

**ORDER (1) APPROVING THE PARTIES' REVISED CLASS NOTICE; (2)DIRECTING THE ISSUANCE OF THE NOTICE TO CLASS MEMBERS; AND (3) CONFIRMING DATES FOR THE SUBMISSION OF CLASS MEMBER OBJECTIONS AND A FAIRNESS HEARING**

This cause is before the Court on the parties' submission today of a revised version of their proposed Notice of Class Action and Notice of Proposed Final Settlement ("Revised Notice"), and on their submission yesterday of their proposed Settlement Agreement And Release ("Settlement Agreement").

Having considered the Revised Notice and the Settlement Agreement , IT IS HEREBY ORDERED AND DECREED as follows:

    1.    The parties are directed to ensure that the language on pages 7, 9, and 13 of the Settlement Agreement contains the correct definition for the certified class. Specifically, subsection (2)(a) should read as follows: "met the pre-amendment requirements for a SERP or other subsidized early retirement benefits after January 1, 1992; **or** . . . ." (change in bold).

    2.    The parties are directed to make the following change on page 12 of the Revised Notice to the third sentence of the second paragraph of Section IX: "If you pan to attend, call

**attorney for the class, David Rodes, at (800) 471-3980** to be sure the hearing has not been rescheduled." (change in bold).

3. As amended by this Order in paragraph 1, the proposed Settlement Agreement is sufficient to warrant sending the Revised Notice to the Class.

4. The Court has subject-matter jurisdiction over this action and it appears that it has personal jurisdiction over the Class Members and parties.

5. The Court confirms that a Fairness Hearing shall be held on the **14th day of November, 2007, at 10:00 a.m.**, at the United States District Court, Southern District of Indiana, in Courtroom 202, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The purposes of the Fairness Hearing are: (a) to evaluate the fairness, reasonableness, and adequacy of the proposed settlement, as described in the Settlement Agreement, and to determine whether the Settlement Agreement should be finally approved by the Court; (b) to consider any objections to the Settlement Agreement; and (c) to consider whether the application of Plaintiffs' Class Counsel for an award of fees and costs should be approved.

6. As amended by this Order in paragraph 2, the Revised Notice is hereby approved.

7. The Revised Notice, as amended by this Order, (a) is the best practicable notice; (b) is reasonably calculated, under the circumstances, to apprise Class Members of the pendency of the action and of their right to object to the proposed Settlement and to appear at the Fairness Hearing; (c) is reasonable and constitutes due, adequate, and sufficient notice to all persons entitled to receive notice; and (d) meets all applicable requirements of law including, but not limited to, the Federal Rules of Civil Procedure, the local rules of this Court, and due process.

8. No later than seven (7) days after the date of this Order, Plaintiffs' Class Counsel is directed to send the Revised Notice, as amended by this Order, by first-class mail, postage prepaid, to the last known address of the Class Members. The Plaintiffs' Class Counsel will be responsible for effectuating the mailing and any necessary re-mailing of the Revised Notice.

9. The parties shall file proof of the mailing of the Revised Notice at or before the Fairness Hearing.

10. Any Class Member who wishes to object to the final approval of the proposed Settlement Agreement and/or the motion of Plaintiffs' Class Counsel for an award of fees and costs must submit an appropriate, timely written objection to the Court and counsel for both of the parties, in accordance with the instructions of the Revised Notice, to be post-marked by **October 31, 2007**. The objection must set forth a written statement of the Class Member's written objections completely and support the objections with written arguments. Class Members may submit their objections on their own or through an attorney hired at the Class Member's own expense.

11. If a Class Member hires an attorney to represent him or her, the attorney must: (1) file a notice of appearance with the Court not later than **October 31, 2007**; and (2) deliver a copy of the notice of appearance to counsel for both parties.

12. Any Class Member who files and serves a written objection, as described above, may appear at the Fairness Hearing, either in person or through an attorney hired at the Class Member's expense, to object to the fairness, reasonableness, or adequacy of the proposed settlement and/or the award of fees and costs to Plaintiffs' Class Counsel. Class Members, or their attorneys, intending to make an appearance at the Fairness Hearing must deliver to counsel for both parties and file with

the Court, no later than fourteen (14) days before the Fairness Hearing, a notice of intention to appear at the Fairness Hearing.

13. Any Class Member who fails to comply with these provisions relating to objections or appearances at the Fairness Hearing shall waive and forfeit any and all rights he or she may have to appear at the Fairness Hearing (either individually or by counsel) and/or object to the Settlement Agreement or an award of fees and costs to Plaintiffs' Class Counsel, and such individual shall be bound by all of the Court's ruling with respect to the Settlement Agreement, award of fees and costs, orders, and judgments in this cause.

14. Counsel for the parties shall promptly furnish each other with copies of any and all appearances and/or objections that come into their possession.

15. During the pendency of the Court's consideration of the parties' proposed Settlement Agreement, Class Members (or their attorneys who have filed appearances with the Court) shall be allowed access to the discovery in this action for the sole purpose of evaluating the fairness, reasonableness, and adequacy of the proposed settlement.

16. The Court may waive any of the time limits herein for good cause shown.

IT IS SO ORDERED this 12th day of September, 2007.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

**Electronically distributed to:**

John Thomas Tierney III
GOLDBERG PERSKY & WHITE
jtierney@gpwlaw.com

Charles R. Clark
BEASLEY & GILKISON LLP
braun@beasleylaw.com

Sara E. Shade
BEASLEY & GILKISON LLP
shade@beasleylaw.com

Bart A. Karwath
BARNES & THORNBURG LLP
bart.karwath@btlaw.com

Howard E. Kochell
BARNES & THORNBURG LLP
hkochell@btlaw.com

Jonathan D. Mattingly
BARNES & THORNBURG LLP
jmatting@btlaw.com